IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BARRETT Q. GRIGGS,<br>　　　　Petitioner,<br><br>　　　　v.<br><br>KELLY BANACH, *et al.*,<br>　　　　Respondents. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | <br><br><br>CIVIL ACTION<br>NO.   15-653 |

## O R D E R

**AND NOW**, this 2nd day of September, 2015, having considered the Petition for Writ of *Habeas Corpus* filed by Petitioner Barrett Q. Griggs (Docket No. 1), the Response to the Petition (Doc. No. 12), and U.S. Magistrate Judge Carol Sandra Moore Wells's Report & Recommendations (Doc. No. 13), to which no objections have been filed,[1] it is hereby **ORDERED** that:

1. The Report & Recommendations are **APPROVED** and **ADOPTED**.
2. The Petition for Writ of *Habeas Corpus* (Docket No. 1) is **DISMISSED**, without prejudice, for failure to exhaust state court remedies; and
3. There is no probable cause to issue a certificate of appealability.[2]
4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

　/s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge

---

[1] The Local Rules provide that "[a]ny party may object to a magistrate judge's order determining a motion or matter . . . within fourteen (14) days after issuance of the magistrate judge's order . . . ." E.D. Pa. Local R. Civ. P. 72.1(IV)(a). Judge Wells issued her Report and Recommendation on June 17, 2015; objections were therefore due July 1, 2015.

[2] A certificate of appealability may issue only upon "a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). A petitioner must "demonstrate that reasonable jurists would find the district court's assessment of the constitutional claims debatable or wrong." *Slack v. McDaniel*, 529 U.S. 473, 484 (2000); *Lambert v. Blackwell*, 387 F.3d 210, 230 (3d Cir. 2004). The Court agrees with Magistrate Judge Wells that there is no probable cause to issue such a certificate in this action.